UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, et al., <br> Plaintiffs. <br> v. <br> UNITED BEHAVIORAL HEALTH, et al., <br> Defendants. | Case No. 17-cv-06456-YGR <br><br> **ORDER REQUIRING FURTHER MEET AND CONFER** <br><br> Re: Dkt. Nos. 30, 31 |

The court has reviewed the papers submitted in connection with defendants' motion to remand and plaintiffs' cross motion for costs and fees, filed in the above-entitled action on March 21, 2018, and March 28, 2018, respectively. (Dkt. Nos. 30, 31.) The court finds that the parties have not made an adequate attempt to meet and confer in an attempt to resolve their dispute.

Counsel are hereby ordered to meet and confer **in person** no later than **April 13, 2018**, in a good-faith attempt to resolve the dispute, pursuant to Civil Local Rule 37-1(b). If any disputed issue remains following the meet-and-confer, the parties shall prepare a letter 1) attesting that they met in person and conferred on the unresolved dispute, 2) setting forth the unresolved dispute, and 3) summarizing each party's position as supported by statutory and/or case law. The letter shall be signed by counsel for both sides, shall not exceed five pages in length, shall not be accompanied by exhibits or affidavits, and shall be filed by the moving party with a courtesy copy delivered to the clerk's office located at 1301 Clay Street, Oakland, CA 94612, no later than five calendar days following the meet-and-confer. The court will advise counsel and/or the parties thereafter if further briefing or hearing is necessary.

**Counsel who refuse to meet and confer will be subject to sanctions, pursuant to Federal Rule of Civil Procedure 16(f) and Civil Local Rule 37-1(b). Unrepresented plaintiffs**

who refuse to meet and confer may be ordered to show cause why terminating sanctions should not be imposed for failure to abide by an order of the court, pursuant to Federal Rule of Civil Procedure 41(b).

In addition, the Court **MODIFIES** the briefing schedule as follows:

1. Defendants' opposition to plaintiffs' motion for costs and fees is due **April 20, 2018.**
2. Plaintiffs' reply in support of the motion for costs and fees is due **April 27, 2018**.
3. A hearing shall be held on defendants' motion to remand and plaintiffs' motion for costs and fees on the Court's **2:00 p.m.** calendar on **Tuesday, May 15, 2018,** in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. (Dkt Nos. 30 and 31.)

**IT IS SO ORDERED.**

Dated: April 5, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge